IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

        Plaintiff,

v.

DENIS GACK,

        Defendant.

ORDER

13-cr-93-wmc

---

The undersigned recuses himself in the above entitled matter pursuant to 28 U.S.C. § 455.

Entered this 21st day of August, 2013.

BY THE COURT:

WILLIAM M. CONLEY
District Judge

1