IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

UNITED STATES OF AMERICA,

ORDER

Plaintiff,

13-cr-93-bbc

v.

DENIS GACK,

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

I am disqualifying myself in this case pursuant to 28 U.S.C. § 455.

Entered this ___21st___ day of August, 2013.

BY THE COURT:

STEPHEN L. CROCKCER
Magistrate Judge

1